UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1376

VERONICA MCGEE,

             Plaintiff - Appellant,

     v.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,

             Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:06-cv-
01965-RWT)

Submitted:  September 16, 2008      Decided:  September 18, 2008

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Veronica McGee, Appellant Pro Se.  Gerard J. Stief, Associate
General Counsel, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,
Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Veronica McGee appeals the district court's order granting summary judgment in favor of the Defendant in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McGee v. WMATA, No. 8:06-cv-1965-RWT (D. Md. filed Feb. 29, 2008 & entered March 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED